Submitted on record and briefs December 2, reversed and remanded
December 30, 1992

EDWARD E. ALLEN,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(92C-10105; CA A76075)

842 P2d 815

George E. Price, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Durham, Judge.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in dismissing the petition for post-conviction relief. *Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992). We accept the concession.

Reversed and remanded.